**Electronically Filed
Supreme Court
SCWC-10-0000163
18-JUN-2014
10:29 AM**

SCWC-10-0000163

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

JOE ANTONIO also known as JOSE ANTONIO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000163; CR. NO. 08-1-0751(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on May 4, 2014, is hereby rejected.

DATED:  Honolulu, Hawai‘i, June 18, 2014.

Taryn R. Tomasa                    /s/ Mark E. Recktenwald
for petitioner
                                   /s/ Paula A. Nakayama

                                   /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

                                   /s/ Michael D. Wilson

